**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01780-GPG
(**The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.**)

ANTOINE BRUCE,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS (BOP), and
F. DAVIS,

    Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

On August 17, 2015, Plaintiff submitted a Prisoner Complaint. As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the documents are deficient as described in this Order. Plaintiff will be directed to cure the following if he wishes to pursue any claims in this Court in this action. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   _X_   is not submitted
(2)   ___   is missing affidavit
(3)   _X_   Missing a prisoner's trust fund statement for the most immediate six months prior to Plaintiff filing this action
(4)   ___   is missing certificate showing current balance in prison account
(5)   ___   is missing required financial information
(6)   _X_   is missing authorization to calculate and disburse filing fee payments

(7)   __   is missing an original signature by the prisoner
(8)   __   is not on current Court-approved form
(9)   __   names in caption do not match names in caption of complaint, petition or habeas application
(10)  X    other:  In the alternative Plaintiff may pay the $400 filing fee in full.  Plaintiff also is reminded he is subject to 28 U.S.C. § 1915(g) filing restrictions.

**Complaint, Petition or Application**:

(11)  __   is not submitted
(12)  __   is not on proper form
(13)  __   is missing an original signature by the prisoner
(14)  __   is missing page nos. __
(15)  __   uses et al. instead of listing all parties in caption
(16)  __   names in caption do not match names in text
(17)  __   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application and provide answers to questions set forth on Court-approved form
(18)  __   other: Plaintiff must state how each named defendant participated in alleged constitutional violation

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  Use of a Court-approved form is required to cure the deficiencies in the Complaint.  It is

```
```
FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order**, the action will be dismissed without further notice. It is

DATED August 21, 2015, at Denver, Colorado.

                                BY THE COURT:

                                s/ Gordon P. Gallagher
                                United States Magistrate Judge