IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01780-GPG

ANTOINE BRUCE,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS (BOP), and
F. DAVIS,

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff Antoine Bruce is in the custody of the Federal Bureau of Prisons and currently is incarcerated at the United States Penitentiary, ADX, in Florence, Colorado. Plaintiff initiated this action by filing *pro se* a Prisoner Complaint and subsequently a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. On September 14, 2015, Magistrate Judge Gordon P. Gallagher entered an order directing Plaintiff to show cause why he should not be denied leave to proceed pursuant to § 1915 because he is subject to filing restrictions under 28 U.S.C. § 1915(g).

    This Court reviewed the motions and letter Plaintiff filed in response to the September 14 Order to Show Cause and determined that nothing he stated in the motions and letters indicated he was under imminent danger of serious physical injury, when Defendant Davis decided to place him on a SRMP (Suicide Risk Management Plan) to address Plaintiff's suicide or self-mutilation. On October 23, 2015, the Court, therefore, directed Plaintiff to pay the $400 filing fee in full within thirty days because he had failed to assert imminent danger of serious physical injury.

Plaintiff was instructed that the only proper filing at this time is the payment of the $400 filing fee and that no other filings would be considered.  Rather than pay the fee, Plaintiff filed a Motion to Compel on October 28, 2015.  The October 28 Motion is an attempt by Plaintiff to restate the same claims against Defendant Davis and to assert new claims against other prison employees.  Because Plaintiff has failed to comply with the October 23, 2015 Order within the time allowed the Court will dismiss this action.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status will be denied for the purpose of appeal.  See *Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal he must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) because Plaintiff failed to pay the filing fee in full within the time allowed.  It is

FURTHER ORDERED that leave to proceed *in forma paupers* on appeal is denied.  It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this   2nd   day of     December     , 2015.

BY THE COURT:

  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
UNITED STATES DISTRICT COURT